CITY OF YONKERS, Respondent, *v.* RENTWAYS, INC., Defendant, and DEVONSHIRE LANE SERVICE, INC., et al., Appellants.

Submitted October 6, 1952; decided October 9, 1952.

*J. Raymond Hannon, Corporation Counsel (John Preston Phillips* of counsel), for motion.

*Eugene L. Bondy* and *Bertram Braufman* opposed.

Motion denied, with leave to renew upon the argument.